

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2014

No. 04-13-00593-CV

Venus **MINSAL**,
Appellant

v.

Abel H. **GARCIA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18466
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On July 28, 2014, appellee filed a motion titled, "Motion to Reconsider Order Granting Appellant's Motion to Amend Brief and Alternatively Motion for Additional Time to Respond to Amended Brief and for Attorney's Fees."

Appellee's motion for reconsideration of our previous order permitting appellant to amend her brief is DENIED. Appellee's motion for attorney's fees is DENIED. Appellee's motion for additional time to respond to appellant's amended brief is GRANTED as follows: appellee may file an amended or a supplemental brief responding to appellant's amended brief **no later than September 4, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court